**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **EYM PIZZA OF GEORGIA, LLC,** | § | |
| **EYM PIZZA OF ILLINOIS, LLC,** | § | |
| **EYM PIZZA OF INDIANA, LLC,** | § | |
| **EYM PIZZA OF SC, LLC AND** | § | |
| **EYM PIZZA OF WISCONSIN, LLC,** | § | **CIVIL ACTION NO. 3:24-cv-00646-X** |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | |
| | § | |
| **PIZZA HUT, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiffs EYM Pizza of Georgia, LLC, EYM Pizza of Illinois, LLC, EYM Pizza of Indiana, LLC, EYM Pizza of SC, LLC and EYM Pizza of Wisconsin, LLC, (collectively hereinafter "EYM") ("EYM" and/or "Movant"), who files this Plaintiffs' Motion for Expedited Discovery and, for cause, would show unto this Honorable Court as follows:

### FACTS

1.      Plaintiffs require a deposition, document production and interrogatories to develop the details of Defendant Pizza Hut, LLC's ("Defendant") conduct so that they can carry their burden of proof and show a substantial likelihood of prevailing on the merits through their request for temporary injunction, and so that the relief can be targeted precisely.

2.      Plaintiffs respectfully request that the Defendant be ordered to respond in an expedited fashion to the following Requests for Production:

1. Please produce all documents and ESI evidencing all communications, between Defendant and prospective buyers of EYM franchisee locations related to the prospective buyer's offer and/or letter of intent.

2. Please produce all documents and ESI evidencing all communications between Defendant and EYM's Lender.

3. Please produce all documents and ESI evidencing all policies and procedures related to franchisees who have had late payments on their Franchise Agreements in the last two (2) years.

4. Please produce all documents and ESI evidencing all Defendant franchisees who have defaulted on their Franchise Agreements in the last two (2) years.

5. Please produce all documents and ESI evidencing all Defendant information related to the market value of EYM franchises.

6. Please produce all documents and ESI evidencing all Defendant information related to the Pizza Hut franchisee restaurant sales and information required to approve the sale.

7. Please produce all documents and ESI evidencing all Defendant financial information related to the Pizza Hut franchise restaurant sale numbers and multiples that has approved in the last 2 years.

8. Please produce all documents and ESI evidencing all Defendant information related to the cost buildout a new PH location based on Pizza Hut's presentations to Franchisees in the last two (2) years.

9. Please produce all documents and ESI evidencing all Defendant's franchisee and franchise locations currently for sale.

10. Please produce all documents and ESI evidencing the asking price for all Defendant's franchisee and franchise locations currently for sale.

11. All communications between Defendant and Charlie Short related to EYM since Mr. Short's departure from Pizza Hut.

12. All communications between David Graves and Diane Simrall related to EYM in the last two (2) years.

3.      Plaintiffs respectfully request that a corporate representative of the Defendant be produced to testify regarding the following topics:

1. All agreements between Plaintiffs and Defendant.

2. The documents, account ledgers, transaction detail by account, receipts and/or ledgers that Defendant keeps in the ordinary course of its business related to payments it receives from Plaintiffs.

3. The market value of EYM's franchisee locations currently for sale.

4. All communications between Defendant and prospective buyers of EYM franchisee locations related to the prospective buyer's offer and/or letter of intent submitted to EYM.

5. All communications between Defendant and EYM's Lender.

6. All communications between Defendant and Charlie Short related to EYM since Mr. Short's departure from Pizza Hut.

7. All amounts by franchisee who have had late payments on their Franchise Agreements in the last two (2) years.

8. All financial information related to the Pizza Hut franchisee restaurant sale numbers and multiples that have been approved in the last 2 years.

9. Information related to the Pizza Hut Policies and procedures regarding approving franchisee restaurant sales.

10. All Defendant information related to the cost buildout a new PH location based on Pizza Hut presentations to franchisees in the last two (2) years.

4.      Plaintiffs respectfully request that Defendant respond to the following interrogatories:

1. List of all other similarly situated Pizza Hut franchisees that Pizza Hut has declared in default of the Pizza Hut Franchise Agreement.

5.      Plaintiffs believe that evidence discovered through the above referenced discovery may precipitate the need to depose other witnesses prior to submitting their temporary injunction brief.  Plaintiff respectfully requests that this Honorable Court allow it one additional limited deposition that it deems may be necessary upon four (4) days' notice to Defendants.

<strong><u>PRAYER</u></strong>

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray that this Honorable Court **GRANT** this Motion and for such other and further relief, both at law and in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**FRIEDMAN & FEIGER, L.L.P.**

/s/ Jason H. Friedman
by:_____
**Lawrence J. Friedman**
State Bar No. 07469300
lfriedman@fflawoffice.com
**Jason H. Friedman**
State Bar No. 24059784
jason@fflawoffice.com

17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing Motion for Expedited Discovery with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Jason H. Friedman*
**Jason H. Friedman**